UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN HOLCOMBE,

        Plaintiff,                      Case Number 16-13689
                                                Honorable Terrence G. Berg

v.

STELLAR RECOVERY, INC.,

        Defendants.
_____/

## ORDER OF DISMISSAL

The Court was notified via email that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** and without costs to either party. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

**SO ORDERED**.

                                                s/Terrence G. Berg
                                                TERRENCE G. BERG
                                                UNITED STATES DISTRICT JUDGE

Dated:    September 18, 2017

## Certificate of Service

I hereby certify that this Order was electronically submitted on September 18, 2017 September 18, 2017 using the CM/ECF system, which will send notification to all parties.

                                                s/A. Chubb
                                                Case Manager